# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYKHAILO VELYCHKO, | Case No.: 26cv2520 DMS (MSB) |
| Petitioner, | **ORDER DISMISSING CASE AS MOOT** |
| v. | |
| CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, | |
| Respondent. | |

In light of Respondents' Notice of Release from Immigration Custody, the Court dismisses this case as moot.

**IT IS SO ORDERED.**

Dated: June 11, 2026

_____
Hon. Dana M. Sabraw
United States District Judge